RECVD 21 JAN 15am N21MDGAMC

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

## Amendant 1

David Keith Green 42USC§1983: And Title II ADA Claim

Plaintiff

v            Case# 5:20-CV-418 MTT-CHW

Christy Lane, Corey King
Westey Palmer, Vennessa Lewis
Mathew Marshall, Quania Walker
Kentrell Andrews, Trey Burgamy
Beasly McNeely, Kason Anderson
Eric Burgamy, Victoria Pullam
Blake Domiey

Defendants

Plaintiff alledges under an Type II ADA Claim Respondents infact it is clear that the alledge deliberate refusal to accomadate Plaintiff in an ADA approved vehicle for wheel chair accessible to transport Plaintiff in. Violates Plaintiffs rights under the ADA. Based on a large part of the conduct the independently violated the provisions of cl of the fourth ent Amendant. see (Francis v. Besweber 329 U.S. 459, 463, 67 5. CT 374 91L Ed. 422 1947)

Due process clause of the four thext Amendant in corporates the Eight Amendant guarntee against cruel and unusal punishment.

Plaintiff was man handled and put in a van or F150 pickup to be transported. This violates the Type II ADA. standards. "Deliberate Indiffference" see "Miller v. King 384 F 3d 1248")("United States v. Georgia 546 U.S. 151

① States an alledged conduct violates the Title II of ADA Act.

② Such alleged misconduct also violates the constitution

③ Violates the Title II but does not violate the constitution. see United States v Georgia 546 U.S. 151 justification. Plaintiff alledged sufficent conduct to proceed with a 1983 due claim based on Lane Et§AL supporsed "Deliberate Indiffference" to his serious medical condition of being partically paraplegia in a wheel chair. See "Miller v King 384 F 3d 1248" "Discrimination" of Plaintiffs Rights under Type II claim